# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-po-00038-SAB-1 |
| Plaintiff, | ORDER CONTINUING PROBATION REVIEW HEARING TO MARCH 22, 2024, AND ORDERING DEFENDANT TO APPEAR IN PERSON |
| v. | |
| DONALD HINTON, | |
| Defendant. | |

To accommodate the Court's calendar, the probation review hearing set for March 21, 2024, shall be continued to March 22, 2024, and Defendant shall appear in person.

Accordingly, IT IS HEREBY ORDERED that:

1.  The probation review hearing is continued to **March 22, 2024, at 10:00 a.m.** in Courtroom 9; and

2.  Defendant shall appear in person.

IT IS SO ORDERED.

Dated:   **January 16, 2024**

UNITED STATES MAGISTRATE JUDGE

1