IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:23-po-00038-SAB-1 |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| DONALD HINTON, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Citation E1527628 Entering Naval Property

**Sentence Date:** May 18, 2023

**Review Hearing Date:** March 22, 2024

**Probation Expires On:** May 18, 2024

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1010.00 which Total Amount is made up of a Fine: $ 1000.00 Special Assessment: $ 10.00 Processing Fee: $ 0.00 Restitution: $ 0.00

☐ Payment schedule of $         per month by the         of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete instructional classes regarding VFR charts and identifying military bases.

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:      Date: Click here to enter a date.
Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney: */s/ Chan Hee Chu*
Assistant United States Attorney

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 3/22/2024 at 10:00 a.m. Choose an item.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

In the alternative

☒ that Defendant's be allowed to appear with counsel via Zoom.

DATED: 3/18/2024

/s/Karl A. Schweikert
DEFENDANT'S COUNSEL
Sutterville Law Group
455 Capitol Mall, Ste 220
Sacramento, CA 95814

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: **March 19, 2024**

UNITED STATES MAGISTRATE JUDGE